**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7046**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY VANZETTI THOMAS,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:16-cr-00010-GMG-RWT-1)

Submitted:  November 18, 2020                     Decided:  December 9, 2020

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Vanzetti Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Vanzetti Thomas appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) and The Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, § 12003(b)(2), 134 Stat. 281, 16 (2020), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thomas*, No. 3:16-cr-00010-GMG-RWT-1 (N.D.W. Va. July 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*